**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In the Matter of A. M.

Appellate case number:   01-18-00017-CV

Trial court case number:  12-CJV-017003

Trial court:             County Court at Law No 1 of Fort Bend County

We withdraw our opinion and judgment issued on August 28, 2018. *See* TEX. R. APP. P. 19.1. This appeal is reinstated and will be resubmitted, with a new opinion and judgment to be issued at a later date.

Given the withdrawal of our August 28, 2018 opinion and judgment, the State's motion for en banc reconsideration, filed on September 19, 2018, is dismissed as moot.

It is so ORDERED.


Judge's signature: /s/ Harvey Brown _____
                    ☐ Acting individually    ☒ Acting for the Court

Date:  December 28, 2018_____

Panel consists of Justices Higley, Brown, and Caughey.